ELIZABETH WALDOW
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:04-mj-0197 |
| | ) | |
| Plaintiff, | ) | ORDER TO DENY DEFENDANT'S |
| | ) | MOTION TO SUPPRESS |
| v. | ) | |
| | ) | |
| David J. Pramik, | ) | Date: June 30, 2005 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

For the reasons stated in the United States Government Response in Denial of Defendant's Motion to Suppress the United States Government, through its representative Elizabeth Waldow, respectfully requests that the Defendant's Motion to Suppress be denied.

1

Respectfully submitted,


Dated:   June 30, 2005   ,              /s/Elizabeth Waldow
                                        Elizabeth Waldow
                                        National Park Service


**ORDER**

It is so ordered.


Date: June 30, 2005                     _____

                                        The Hon. William M. Wunderlich
                                        Magistrate Judge for the
                                        Eastern District of California



IT IS SO ORDERED.

**Dated:   July 1, 2005**              **/s/  William M. Wunderlich**
mmkd34                                 UNITED STATES MAGISTRATE JUDGE

2