1  QUIN DENVIR, Bar #49374
   Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  DAVID JOHN PRAMIK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            )   NO. 1:05-cr-374 AWI
                                        )
12            Plaintiff,                )   STIPULATION TO AMEND BRIEFING
                                        )   SCHEDULE; AND ORDER THEREON
13       v.                             )
                                        )
14 DAVID JOHN PRAMIK,                   )
                                        )   Judge:  Anthony W. Ishii
15            Defendant.                )
                                        )
16 _____)

17       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorney of record herein, that the Briefing Schedule may be amended as follows:

19       Appellant is directed to immediately complete and submit Transcript Designation and Ordering

20 Form for Appeal of a Magistrate Conviction or Sentence and serve a copy on Appellee.  The transcript

21 will be ordered by the Clerk of Court upon the receipt of the ordering form, including payment

22 arrangements.  The transcript will be filed with the court and the Appellant will receive a copy by mail.

23       **Transcripts-------------------------------------------December 30, 2005**

24       **Appellant's brief** shall be served and filed in duplicate within twenty-one (21) days after the filing

25 of the appropriate transcript---------------------------------------**January 20, 2006**

26       **Appellee's  brief** shall be served and filed in duplicate within twenty-one (21) days after the filing

27 and service of appellant's brief----------------------------------**February 10, 2006**

28       Appellant may serve and file a **reply brief** within five (5) Court days after service of

appellee's brief---------------------------------------------------**February 17, 2005**

|  |  |
|---|---|
| DATED: November 22, 2005 | McGREGOR W. SCOTT<br>United States Attorney |
|  | /s/ Stanley A.Boone<br>STANLEY A. BOONE<br>Legal Officer |
| DATED: November 22, 2005 | QUIN DENVIR<br>Federal Defender |
|  | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Attorney for Defendant |

O R D E R

IT IS SO ORDERED.

**Dated:   November 22, 2005**             /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE

Stipulation to Amend Briefing Schedule           2