McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
MISDEMEANOR UNIT
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-374 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | APPELLEE'S BRIEF AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DAVID JOHN PRAMIK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the filing of appellee's brief,

//
//
//
//
//
//

1

currently scheduled due February 10, 2006 be continued to **March, 10, 2006.**  The appellant's reply brief shall be due **March 17, 2006.**

                                          Respectfully submitted,

                                          McGREGOR W. SCOTT
United States Attorney

Dated:_____                By   /S/Stanley A. Boone
                                  STANLEY A. BOONE
                                  Assistant U. S. Attorney

Dated:_____                     /s/Carrie S. Leonetti
                                  CARRIE S. LEONETTI
                                  Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   February 3, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE