DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant/Appellant
DAVID JOHN PRAMIK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00374 AWI |
| Plaintiff/Appellee, | APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL AND PROPOSED ORDER |
| v. | |
| DAVID JOHN PRAMIK, | Judge: Hon. Anthony W. Ishii |
| Defendant/Appellant. | |

Appellant, David John Pramik, through undersigned counsel, hereby moves this Court for an order granting an extension of time to file a notice of appeal, pursuant to F. R. App. P. 4 (b) (4), and asks this Court to find good cause or excusable neglect in failing to file a notice of appeal within ten (10) days after the entry of the judgment to be appealed. The motion is based upon the court file, the accompanying memorandum of points and authorities, and the declaration of Carrie Leonetti.

Dated: September 6, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
DAVID JOHN PRAMIK

**ORDER**

Good cause being found, Appellant's motion for an extension of time to file a Notice of Appeal is hereby granted. The deadline for the filing of Appellant's Notice of Appeal is extended to September 14, 2006.

IT IS SO ORDERED.

**Dated:**   **September 8, 2006**               /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE